KEKER & VAN NEST LLP
AJAY S. KRISHNAN - # 222476
akrishnan@kvn.com
DAVID W. RIZK - # 284376
drizk@kvn.com
ANJALI SRINIVASAN - # 304413
asrinivasan@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

ACLU FOUNDATION OF NORTHERN CALIFORNIA
CHRISTINE P. SUN - # 218701
csun@aclunc.org
NAYNA GUPTA - # 299272
ngupta@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone:  415 621 2493
Facsimile:  415 255 1478

Attorneys for Plaintiff TRAVIS IAN HALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVIS IAN HALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; GISELLE TALKOFF; ANTHONY MONTOYA; JOSHUA CABILLO; and DOES 1 through 5, in their individual capacities,<br><br>　　　　　Defendants. | Case No. 3:15-cv-4092 CRB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Judge:　　Hon. Charles R. Breyer<br><br>Date Filed: September 9, 2015<br>Trial Date: None Set |

1  IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil
2  Procedure Rule 41(a)(1), by and between Plaintiff, TRAVIS IAN HALL, and Defendants
3  CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT,
4  GISELLE TALKOFF, ANTHONY MONTOYA, and JOSHUA CABILLO, who have appeared
5  in this action, through their counsel, Ajay Krishnan and Brian P. Ceballo, as follows:

6  1. This action was commenced on September 9, 2015.

7  2. The action is not a class action, a receiver has not been appointed, and the action is not
8  governed by any statute of the United States that requires an order of the court for dismissal.

9  3. Pursuant to the parties' settlement of this matter, this action is hereby dismissed, in its
10  entirety, with prejudice, all parties to bear their own costs and fees incurred in this action.

Dated:  November 16, 2016                KEKER & VAN NEST LLP

                                         By:  /s/ *Anjali Srinivasan*
                                              AJAY S. KRISHNAN
                                              DAVID W. RIZK
                                              ANJALI SRINIVASAN

                                              CHRISTINE P. SUN
                                              NAYNA GUPTA
                                              ACLU FOUNDATION OF NORTHERN
                                              CALIFORNIA
                                              39 Drumm Street
                                              San Francisco, CA 94111
                                              Telephone:   415 621 2493
                                              Facsimile:   415 255 1478

                                              Attorneys for Plaintiff TRAVIS IAN HALL

22  ///
23  ///
24  ///

| | |
|---|---|
| Dated: November 16, 2016 | DENNIS J. HERRERA, City Attorney<br>CHERYL ADAMS, Chief Trial Deputy<br>KIMBERLY A. BLISS<br>BRIAN P. CEBALLO<br>Deputy City Attorneys |
| By: | */s/ Brian P. Ceballo*<br>BRIAN P. CEBALLO |
| | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, OFFICER GISELLE TALKOFF, SERGEANT ANTHONY MONTOYA, OFFICER JOSHUA CABILLO |

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), regarding non-filing signatories, I hereby attest that I have obtained concurrence from counsel for Defendants in the filing of this document.

| | |
|---|---|
| Dated: November 16, 2016 | KEKER & VAN NEST LLP |
| By: | /s/ *Anjali Srinivasan*<br>AJAY S. KRISHNAN<br>DAVID W. RIZK<br>ANJALI SRINIVASAN |
| | CHRISTINE P. SUN<br>NAYNA GUPTA<br>ACLU FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone:   415 621 2493<br>Facsimile:    415 255 1478 |
| | Attorneys for Plaintiff TRAVIS IAN HALL |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/17/2016

_____
THE HON. CHARLES BREYER
U.S. DISTRICT COURT JUDGE